FILED
DEC 0 5 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| UNITED STATES OF AMERICA, | ) | Case No. 14CR2391-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING SENTENCING HEARING** |
| FRANCISCO HERNANDEZ-VAZQUEZ, | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for December 10, 2014 be rescheduled for **January 26, 2015, at 9:30 a.m.**

IT IS SO ORDERED.

DATED: 12/5/14

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge